**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John Lee BOYD, Jr., Defendant–
Appellant.**

No. 03–6258.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided April 1, 2003.

John Lee Boyd, Jr., Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John Lee Boyd, Jr., appeals from the district court's orders denying his "Notice of Motion to Dismiss Indictment Pursuant to Fed. R.Crim. Rule 12(b)(2)" and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Boyd,* Nos. CR–93–123–F–5; CA–00–220–7–F (E.D.N.C. filed Sept. 13, 2002 & entered Sept. 16, 2002; Oct. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*